[No. 9134–8–II.   Division Two.   August 6, 1987.]

JOHN W. JOHNSON, *Appellant,* v. THE DEPARTMENT OF
EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Clal-

lam County, No. 85-2-00088-1, Gary W. Velie, J., entered August 16, 1985. *Reversed* by unpublished opinion per Jones, J. Pro Tem., concurred in by Steiner and Utter, JJ. Pro Tem.